No. 813. PLOUGH *v.* BALTIMORE & OHIO RAILROAD CO.;
No. 814. HANSON, ADMINISTRATRIX, *v.* BALTIMORE & OHIO RAILROAD CO.;

No. 815. VAN SLYKE *v*. BALTIMORE & OHIO RAILROAD Co.; and

No. 816. LYNCH, ADMINISTRATRIX, *v*. BALTIMORE & OHIO RAILROAD Co. C. A. 2d Cir. Certiorari denied. *Frank G. Raichle* for petitioners. *William C. Combs* for respondent.

